IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CASE NO: 2020-CA

SARAH PARKER-MERRILL,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.         /

## COMPLAINT

    COMES NOW Plaintiff, SARAH PARKER-MERRILL, and sues Defendant, TARGET CORPORATION, and alleges:

    1.    This is an action for damages that exceeds Thirty Thousand One dollar and no cents ($30,001.00), exclusive of interest, costs and attorneys' fees.[1]

    2.    Plaintiff is a natural person residing in Orange County, Orlando, Florida.

    3.    At all times material to this action, TARGET CORPORATION is a Foreign Profit Corporation licensed to do business in the State of Florida.

    4.    At all times material hereto, Defendant was the owner and in possession of that certain business located at 9350 Dynasty Drive, Fort Myers, FL, said business being that of a retail store, open to the general public, including the Plaintiff herein.

---

[1] This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

EXHIBIT B

5. On or about July 19, 2019, Plaintiff visited Defendant's premises located at the above address as a business invitee.

6. At said time and place, Plaintiff was a customer at the store, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the floor by allowing a water-like liquid or other transitory foreign substance to accumulate on the floor, thus creating a hazardous condition to members of the public utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the floor, as specified above, to ascertain whether the floor constituted a hazard to pedestrians utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the water-like liquid or other transitory foreign substances on the floor, when Defendant knew or through the exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floor on Defendant's premises, when said condition was either

known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, she slipped and fell while walking in the store on a water-like liquid or other transitory foreign substance on the floor, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, SARAH PARKER-MERRILL, sues the Defendant, TARGET CORPORATION, for damages and demands judgment in excess of Thirty Thousand One Dollars ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 1ST day of June, 2020.

/s/ *Gunter Fernandez*

Gunter Fernandez
FBN: 112480
Morgan & Morgan
12800 University Drive
Fort Myers, FL 33907
Phone: (239) 432-6648
Attorneys for Plaintiff
Email: gfernandez@forthepeople.com
mmarichal@forthepeople.com

3